**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
JAMES C. SHAH (SBN 260435)
201 Filbert Street, Ste. 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

*Attorneys for Plaintiff and the proposed Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| YVETTE DeANDA, individually and on behalf of a Class of similarly situated individuals,<br><br>              Plaintiff,<br><br>     v.<br><br>DOORDASH, INC.,<br><br>              Defendant. | CASE NO. 4:19-cv-08305-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Action Filed: December 20, 2019<br><br>Honorable Judge Jon S. Tigar |

Plaintiff's Notice of Voluntary Dismissal
Case No. 4:19-cv-08305-JST

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Yvette DeAnda, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant DoorDash, Inc. without prejudice.

Dated: August 28, 2020

Respectfully submitted,

**SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP**

By:  */s/ James C. Shah*
     James C. Shah (SBN 260435)
     201 Filbert Street, Ste. 201
     San Francisco, CA  94133
     Telephone: (415) 429-5272
     Facsimile: (866) 300-7367
     Email: jshah@sfmslaw.com

***Attorneys for Plaintiff***